# UNITED STATES DISTRICT COURT

For the District of Arizona

Honorable Judge,

I, Kathleen J. Kendrick come to this great court for help. First thing is that I have no idea how to do this paperwork. I have reached out to multiple attorneys and have not had a bit of luck as none do product law in reference to my specific issue. I am hoping to at least file so that I keep within the time frame allowed to file. I am preparing for a bone marrow transplant and will have to lodge in Phoenix within sixteen minutes from the Mayo Clinic. I will be there for four months and do not want to lose my window to file. In December 2019 I was consulting for a hemp farm in Sedona owned by John Bradshaw and staying up there for a few days at a time. I started coughing, having sinus headaches and came home to go to urgent care where I was given antibiotics for bronchitis sinus infection and ear infection, I felt better after about 10 days. So then in January 2020 I slowly started feeling ill again and went back to the doctor thinking it was not completely clear, I had numerous tests, blood, fungi, throat biopsy, week after week I was sent to a pulmonologist, an allergy doctor, a GI doctor, and many others to no avail. They said no cancer, but my white count continued to climb and my normal issues with arthritis and sinus became worse.

I ended up at TMC in March 2020 with several issues and was told to go to the cancer center where a bone marrow biopsy was done in May of 2020; I learned I had CMML and so I contacted the Mayo Clinic for a second opinion and treatment options. I am no perfect angel but could not for any reason understand how this could be happening. I personally have suffered greatly, my family as well. I have worked hard all my life and provided for my family to the best of my ability, but this was more than I could handle. In July 2020 after I already knew what was happening, I learned that I had received a recalled prescription of Metformin and began checking and learned in January 2020 I had received a 90-day script of bad medication. I also learned there were four batches of this medication made in 2018 which was to expire in 2020 that seemed a bit odd to me, how could they not know this information. All I know is I believe the mutated blood profile that is causing me to need this bone marrow transplant or die is the direct cause of the recalled Metformin. My life is upside down and I must have this transplant, but I do not want to lose my right for filing against Lupin because I am in the hospital trying to save my life, So I ask that I please be able to file and continue to look for an attorney while I am by the grace of God being given the opportunity for life. I have attached a few documents to substantiate my claim and contacted Lupin pharmaceuticals attorney Jessica Wilson by E-mail with my intention. I pray you can help me.

With Sincere Respect: Kathleen Kendrick

_[signature]_                                                    03/23/2021


Kathleen Kendrick

7009 S. Beavertail Ln.

Tucson, Arizona. 85756

(928) 323-4741

Scavoski77@aol.com

# UNITED STATES DISTRICT COURT

Honorable Judge,

I want you to know completely unsure on how to do this paperwork, but I will do whatever I need to do. If you can give any appropriate instruction, I would deeply appreciate that. I live on 804.00 dollars a month SSD and my family pitch in the rest. I have my 88-year-old mother here as well as my daughter and son moved in to help me after learning of my illness, especially now with COVID finance has been difficult for many as I am sure you are aware. I am fighting for my life at this point and can not seem to find an attorney I feel overwhelmed with all that is before me. I need help and because of my lifestyle I believe with all that is in me that Lupin Pharmaceuticals Metformin caused this blood mutation with the CMML I have no idea how many bad prescriptions I had over the 2 years, but I know that the 90-day script in January 2020 through March 2020 was one of them and that is when I became ill. I am now insulin dependent as I refuse to take metformin, the cancer has also affected the diabetes. I have been informed that Lupin also contracts out and that there were other recalls from varies companies on the same medication Teva Pharmaceuticals, Apotex Inc. Amneal Pharmaceuticals Bayshore Pharmaceuticals, Denton Pharma, Inc. Direct Rx, Sun pharmaceuticals industries I do not know how many others. I have attached a copy from the pharmacy to show the prescription.

With Respect:

Kathleen Kendrick

Scavoski77@aol.com

7009 S. Beavertail Ln.

Tucson, Arizona. 85756

928-323-4741

_____ 03/26/2021



200 Wilmot Road, MS #2287
Deerfield, IL 60015

July 23, 2020

 F6704-L03-0003539 P001 T00006 **********MIXED AADC 159
KATHLEEN KENDRICK
7009 S BEAVERTAIL LN
TUCSON, AZ 85756-5169

### URGENT PRODUCT RECALL INFORMATION

Dear Walgreens Prescription Customer,

Our records indicate that you received one or more prescriptions for Metformin Hydrochloride Extended-Release Tablets USP, 500mg and 1000mg, manufactured by, Lupin Pharmaceuticals, Inc., from a Walgreens pharmacy.

The manufacturer, Lupin Pharmaceuticals, Inc., has initiated a voluntary recall for these drug products due to detection of N-Nitrosodimethylamine (NDMA) levels in excess of the Acceptable Daily Intake Limit (ADI). NDMA is classified as a probable human carcinogen (a substance that could cause cancer) based on results from laboratory tests. NDMA is a known environmental contaminant and found in water and foods, including meats, dairy products, and vegetables.

**Recalled Product Information:**

| Product Name | NDC |
|---|---|
| Metformin Hydrochloride ER 500mg Tablets | 68180-336-07 |
| Metformin Hydrochloride ER 500mg Tablets | 68180-338-01 |
| Metformin Hydrochloride ER 1000mg Tablets | 68180-337-07 |
| Metformin Hydrochloride ER 1000mg Tablets | 68180-339-09 |

**Instructions for Patients:** Patients should contact their doctor for further guidance and potential change of treatment before they stop taking this drug product.

- **If you no longer have any medication at home:** You do not need to take further action. Please contact your prescriber if you have any medical questions regarding this recall.

- **If your medication was dispensed in a manufacturer stock bottle:** Please check your manufacturer bottle for the impacted NDCs above. If you do not have the NDCs listed above, your medication has not been impacted. Please see below for an example of where your NDC is located on the bottle.



0003539

Member of Walgreens Boots Alliance

F6704-L03

- **Medication dispensed in an amber vial:** To determine the manufacturer, look at the name of the manufacturer located under the medication name on the vial label. Please see below for an example of where the manufacturer name is located on the vial label.



- **Medical questions and adverse events:**
  - Adverse reactions or quality problems experienced with the use of this product may be reported to the FDA's MedWatch Adverse Event Reporting program either online, by regular mail or by fax.
    - Complete and submit the report Online: www.fda.gov/medwatch/report.htm
    - Regular Mail or Fax: Download form www.fda.gov/MedWatch/getforms.htm or call 1-800-3321088 to request a reporting form, then complete and return to the address on the preaddressed form, or submit by fax to 1-800-FDA-0178

- **Product disposal/return:**
  - Please contact Inmar Rx Inc. Monday – Friday 9:00 am to 5:00 pm EST at (855) 532-1856 to request a product return and reimbursement packet. Follow the instruction provided in the return packet, return the recalled product and pharmacy receipt using the prepaid FedEx Authorized Return Service Shipping label.
  - Walgreens is not able to accept unused or unwanted medication back
  - Medications may be disposed of in a Walgreens Safe Medication Disposal Kiosks: Contact your local Walgreens or select "Medication Disposal" from the filters on the store locator on Walgreens.com to find a Walgreens with a Safe Medication Disposal Kiosk.
  - For additional options to safely dispose of unused medication, please see the FDA website: Disposal of Unused Medications

Thank you for your prompt attention to this matter. We look forward to seeing you at Walgreens for all of your healthcare needs.

*Natasha Polster*

Natasha Polster, R.Ph.
Vice President, Pharmacy Quality, Compliance and Patient Safety

# Lupin Pharmaceuticals, Inc.

November 30, 2020

Kathleen Kendrick
7009 S Beavertail Lane
Tucson, AZ 85756

Dear Ms. Kendrick:

**RE: Metformin HCl ER**

I refer to your phone conversation dated "16November2020", in which you reported you experienced a suspected Adverse Event/Adverse Drug Reaction (AE/ADR) consisting of "Cough, headache, ear/sinus infection, WBC was high, large nodes in thyroid, CMML (Chronic Myelomonocytic Leukemia) stage 0" while taking Lupin's product "Metformin HCl ER".

As a company, we have regulatory and ethical obligations to obtain further information and report AE/ADRs which may be associated with our products. The safety information gathered by these means is a valuable addition to understanding the complete safety profile of our products.

As explained to you over the phone, I have enclosed a consent form and would appreciate it if you would provide the name and contact details of your physician in order for us to obtain further information on your case.

Sincerely,

Lupin Pharmaceuticals, Inc.
Medical Information
2020-008458

Enclosure(s):

Patient Consent Form
Self-Addressed Stamped Envelope



# Lupin Pharmaceuticals, Inc.

November 16, 2020

Kathleen Kendrick
7009 S Beavertail Lane
Tucsson, AZ 85756

Dear Ms. Kendrick:

**RE: Metformin HCl ER**

I refer to your phone conversation dated **"16NOV2020"**, in which you reported you experienced a suspected Adverse Event/Adverse Drug Reaction (AE/ADR) consisting of **"cough, headache, ear/sinus infection, WBC was high, large nodes in thyroid, and CMML (Chronic myelomonocytic leukemia) stage 0"** while taking Lupin's product **"Metformin HCl ER"**.

As a company, we have regulatory and ethical obligations to obtain further information and report AE/ADRs which may be associated with our products. The safety information gathered by these means is a valuable addition to understanding the complete safety profile of our products.

As explained to you over the phone, I have enclosed a consent form and would appreciate it if you would provide the name and contact details of your physician in order for us to obtain further information on your case.

Please be assured that any information provided will be treated in the strictest confidence. For further questions or concerns, please contact Lupin Medical Information at 1-800-399-2561.

Thank you in advance for your co-operation.

Kind regards,


Lupin Pharmaceuticals, Inc.
Medical Information
2020-008458

**Enclosure(s):**
Patient Consent Form
Self-Addressed Stamped Envelope

MAYO CLINIC

**Name:** Kathleen Kendrick
**DOB:** 06/07/1958 **MRN:** 12696936

# Test Results

Name: Kathleen Kendrick | DOB: 6/7/1958 | MRN: 12-696-936 | PCP:

# NGS FOR MYELOID NEOPLASMS (NGSHM) - Details

## Images

Scan on 9/10/2020 7:39 AM

## Component Results

| Component | Your Value | Standard Range |
|---|---|---|
| Specimen Type | Your Value<br>Bone marrow | |
| Indication for Test | Your Value<br>CML | |
| NGSHM Result | Your Value<br>See Interpretation | |
| Pathogenic Mutations Detected | Your Value<br>**1. ASXL1:** Chr20(GRCh37):g.31022448_31022449del; NM_015338.5(ASXL1):c.1933_1934del; p.Gly645Trpfs*12 (41%)<br>**2. EZH2:** Chr7(GRCh37):g.148523725C>A; NM_004456.4(EZH2):c.729-1G>T; p.? (47%)<br>**3. RUNX1:** Chr21(GRCh37):g.36164900del; NM_001001890.2(RUNX1):c.894del; | |

p.Asp299Thrfs*2 (6%)
4. SETBP1: Chr18(GRCh37):g.42531913G>A;
NM_015559.2(SETBP1):c.2608G>A;
p.Gly870Ser (46%)
No other pathogenic mutations were detected in
the other genes tested on the
panel at the reportable limit of assay detection. See
below for Variants of
Unknown Significance and Additional Notes.
Please see the section of "Panel
Gene List" below for the complete list of genes
tested.

| | |
|---|---|
| Clinical Trials | **Your Value**<br>Information regarding possible clinical trials for this patient can be found<br>at the following sites:<br>1). ClinicalTrials.gov:<br>http://clinicaltrials.gov/ct2/search/advanced<br>2). Mayo Clinic:<br>http://www.mayo.edu/research/clinical-trials<br>3). National Cancer Institute:<br>http://www.cancer.gov/clinicaltrials/search<br>4). Molecular Match:<br>https://www.molecularmatch.com/ |
| Variants of Unknown Significance (VUS) | **Your Value**<br>1. EZH2: Chr7(GRCh37):g.148514354C>T;<br>NM_004456.4(EZH2):c.1370G>A;<br>p.Cys457Tyr (46%)<br>2. TET2: Chr4(GRCh37):g.106155466C>T;<br>NM_001127208.2(TET2):c.367C>T;<br>p.Arg123Cys (45%)<br>The VUS variants listed here (with approximate variant allele %) are not<br>sufficiently characterized in the current literature and are therefore of<br>uncertain clinical significance at this time. They are reported here for<br>future reference in the event they become clinically significant in the light<br>of new scientific data. |
| Additional Information | **Your Value**<br>None |
| Method | **Your Value**<br>DNA is extracted from the peripheral blood or bone marrow sample and<br>following library preparation by hybrid capture, subjected to next generation<br>sequencing (NGS) with post-sequencing analysis of tumor-associated mutations.<br>Because some regions in the target panel are not consistently resolved by |

difficulties in resolving somatic or polymorphic alterations, or in assigning variant calls correctly to donor and recipient fractions, if pertinent

clinical or laboratory information (e.g. chimerism engraftment status) is not provided. Correlation with clinical, histopathologic and additional laboratory findings is required for final interpretation of these results. This assay does not distinguish between somatic and germ line alterations in analyzed gene regions, particularly with VAF near 50% or 100%. If nucleotide alterations in genes associated with germ line mutation syndromes are present and there is also a strong clinical suspicion or family history of malignant disease predisposition, additional genetic testing and appropriate counseling may be indicated. This report interpretation is based on current medical and scientific literature, but clinical significance may not be completely established for all reported target gene abnormalities identified. The final interpretation of results for clinical management of the patient is the responsibility of the managing physician.
TECHNICAL DISCLAIMER
The depth of s
equencing coverage may be variable for some target regions, but assay performance below the minimum acceptable criteria, or for failed regions are noted. Analysis of rare (low allele frequency) polymorphisms may be problematic in some cases. A low tumor cell percentage in the sample may affect the true mutation VAF and/or sensitivity. Suboptimal- performing regions (i.e. less than the expected minimum depth of coverage) may affect analytic sensitivity for detecting lower level mutations. This is a qualitative test. The variant read fractions are provided for information only and represent a relative proportion of mutated alleles, but do not indicate a measure of analytical sensitivity for the given genes; assay sensitivity is as stated in the method summary. Some genetic or genomic alterations, such as large insertion/deletion (indel)

NGS, additional separate clinical laboratory assays may also be used to complete the overall analysis including: CALR (CALR), CEBPA (CEBPA), CSF3R (CSF3R), FLT3 (FLT), JAK2 V617F Mutation Detection (JAK2B, JAK2M, or JAK2V), JAK2 Exon 12 Mutation Detection (JAKXB or JAKXM), KIT (KITB, KITBM, KITAS, or KITE), MPL (MPLB or MPLM), NPM1 (NPM1), and TP53 (P53CA).

Performance characteristics of NGS panel: Single base substitutions: accuracy >99%; reproducibility 100% (intra- and interassay); sensitivity 5-10% variant allele fraction with a minimum depth coverage of 250X.

Insertion/deletion events: accuracy >99%; reproducibility 100% (intra- and interassay); sensitiv ity 5-10% variant allele fraction with a minimum depth coverage of 250X.

This test was developed and its performance characteristics determined by Mayo Clinic in a manner consistent with CLIA requirements. This test has not been cleared or approved by the U.S. Food and Drug Administration.

| Disclaimer | Your Value |
|---|---|
| | **CLINICAL DISCLAIMER** |
| | Mutation calls detected between 5-10% variant allele fractions (VAF) may indicate low-level (i.e. subclonal) tumor populations, although the clinical significance of these findings may not be clear. Some apparent mutations classified as VUS may represent rare or low frequency polymorphisms. A low incidence of gene mutations associated with myeloid neoplasms can also be detected in hematopoietic cells with advancing age in some individuals without evidence of a hematologic malignancy ("clonal hematopoiesis") and these alterations may not be clearly distinguishable from tumor-associated mutations (PMID 25326804;25426838;25426837). Prior treatment for hematologic malignancy could affect the results obtained in this assay. In particular, prior allogeneic hematopoietic stem cell transplant (HSCT) may cause |

alterations, such as large insertion/deletion (indel) events, copy number
alterations (CNA) and gene translocation events
are not detected by this
assay.

| | |
|---|---|
| **OncoHeme Panel Gene list** | **Your Value** ANKRD26 (NM_014915.2) 5'UTR, exons 1-4, intron c.172, ASXL1 (NM_015338.5) exons 10-13, BCOR (NM_001123385.1) exons 4-15, CALR(NM_004343.3) exon 9, CBL (NM_005188.3) intron 7 last 100bps before start of exon 8, exon 8, intron 8, and exon 9, CEBPA (NM_004364.4) exon 1, CSF3R (NM_000760.3) exons 14 and 17, DDX41 (NM_016222.2) exons 1-17, DNMT3A (NM_022552.4) exons 8-23, ELANE (NM_001972.2) exons 1-5, ETNK1 (NM_018638.4) exons 2-5, ETV6 (NM_001987.4) exons 3-8, EZH2 (NM_004456.4) exons 2-20, FLT3(NM_004119.2) exons 14-20, GATA1 (NM_002049.3) exons 2 and 4, GATA2 (NM_001145661.1) exons 3-7, intron 5, c.1017+1 - 1017+730, IDH1 (NM_005896.3) exon 4, IDH2 (NM_002168.3) exon 4, JAK2 (NM_004972.3) exons 12-16, KDM6A (UTX) (NM_021140.3) exons 1-29, KIT (NM_000222.2) exons 8-11 and 17, KRAS (NM_033360.3) exons 2-3, MPL (NM_005373.2) exons 10-12, NPM1 (NM_002520.6) exons 9-11, to -30 before exon 11, NRAS (NM_002524.4) exons 2 and 3, PHF6 (NM_0010 15877.1) exons 2-10, PTPN11 (NM_002834.3) exons 3-4 and 12-13, RAD21 (NM_006265.2) exons 1, 2, 4-7, 9-11, 13, 14, exon 10 flank 15bp, RUNX1 (NM_001001890.2) exons 1-6, intron 4 c.725-13T>A and intron 5 c.886+1-4del, SETBP1 (NM_015559.2) partial exon 4; amino acids 400 - 950, SH2B3 (LNK) (NM_005475.2) exon 2-8, SF3B1 (NM_012433.2) exons 13-16, SRP72 (NM_006947.3) exons 6, 10, SMC3 (NM_005445.3) exons 7, 8, 13, 17, 19, 21, 29, SRSF2(NM_003016.4) exons 1 and 2, STAG2 (NM_001042750.1) exons 4-34, 12, 17 and 22 flank 15bp, TERT (NM_198253.2) exons 2-16, TET2(NM_001127208.2) exons 3-11, TP53 (NM_000546.4) exons 4-9, U2AF1 (NM_001025203.1) exons 2, 6, and 8, WT1 (NM_024426.2) exons 1-10, and ZRSR2 (NM_005089.3) exons 1-11. For some genes, the transcript IDs used in this |

| | |
|---|---|
| | analysis may not be the same as in other cancer mutation databases, such as COSMIC (http://cancer.sanger.ac.uk/cosmic). Variants will be reported out using version HGVS nomenclature v1 5.11. |
| Released by | Your Value<br>Signing Pathologist: Kaaren K. Reichard, M.D. |
| Interpretation | Your Value<br>1. ASXL1: Chr20(GRCh37):g.31022448_31022449del; NM_015338.5(ASXL1):c.1933_1934del; p.Gly645Trpfs*12<br>Normal gene/protein function: The ASXL1 gene (additional sex combs like 1) located at chromosome 20q11.21 encodes a chromatin-binding protein required for normal embryonic segmentation and regulates epigenetic marks and transcription. ASXL1 interacts with the polycomb repressive complex 2 (PRC2) and regulates tri-methylation of histone H3 lysine 27 (H3K27me3), a chromatin modification process associated with gene silencing. It also associates with the deubiquitinating enzyme BAP1 and may promote expression of genes through removal of PRC1 complex-mediated H2A lysine 119 (H2AK119) ubiquitination (Abdel-Wahab et al., 2012, 22897849; Inoue et al., 2013, 24216483).<br>Mutation effect: The frameshift p.Gly645Trpfs*12 mutation results in premature protein truncation before the highly conserved PHD region and is considered inactivating. Truncating mutations have been shown to res ult in decreased to absent expression of the wild-type ASXL1 protein, and are capable of inducing myelodysplastic syndrome-like disease in mouse models. An in vitro assay showed markedly reduced H3K27 trimethylation genome-wide in hematopoietic cells following ASXL1 depletion and loss of H3K27 tri-methylation promoted malignant transformation in hematopoietic cells (Abdel-Wahab et al., 2012, 22897849; Inoue et al., 2013, 24216483).<br>Disease associations: ASXL1 mutations have been reported in patients with a |

**Reason for Visit**
Follow-up CMML-0

**Interval History**
Mrs. Kendrick returns for 6 month f/u. Recent labs are noted below. She has done well over the last 6 months, using a number of different herbal concoctions. No B symptoms

Current Outpatient Medications:
• azelastine (ASTELIN) 137 mcg/spray (0.1 %) nasal spray, Administer 2 sprays into each nostril 2 (two) times a day. Use in each nostril as directed, Disp: , Rfl:
• cannabidiol, CBD, (CANNABIDIOL ORAL), Take by mouth. **NEED DIRECTIONS**, Disp: , Rfl:
• insulin glargine 100 unit/mL (3 mL) injection, Inject 58 Units under the skin every morning. , Disp: , Rfl:
• insulin lispro (HumaLOG KwikPen) 100 unit/mL injection, Inject under the skin 3 (three) times a day with meals., Disp: , Rfl:
• losartan (COZAAR) 25 mg tablet, Take 25 mg by mouth daily., Disp: , Rfl:
• meloxicam (MOBIC) 15 mg tablet, Take 15 mg by mouth daily., Disp: , Rfl:
• omeprazole 20 mg tablet,disintegrat, delay rel, Take 1 tablet by mouth daily., Disp: , Rfl:

**Allergies**
Stadol (seizures)

Hematologic History

1. Chronic myelomonocytic leukemia (CMML), diagnosis 5/20/20

    - Leukocytosis first noted in 02/20
    - Bone marrow aspirate and biopsy 5/20/20 at Banner Health in Tucson: Hypercellular, megakaryocytic dysplasia, 2% blasts, increased monocytes. FISH panel negative, Mutations in RUNX1 and SETBP1. Peripheral blood with absolute monocytosis, neutrophilia, eosinophilia, basophilia, 1% circulating blasts. CBC 1/20/20: Hgb 13.3, WBC 39,100, monocytes 5780, eosinophils 1680, left shifted with myelocytes and metamyelocytes. Cytogenetic not available or not done.
    - CBC 6/16/20: WBC 40.6, Hgb 13.1, platelets 369
    - Bone marrow aspirate and biopsy MCA 8/19/20: MDS/MPN neoplasm, compatible with CMML-0. 90% cellular, dyspoiesis involving mainly the megakaryocytic and myeloid lineages. Circulating blasts at 1%, bone marrow blasts 1%. Cytogenetics 46,XX. Pathogenic mutations by NGS: ASXL1 (41%), RUNX1 (6%), EZH2 (47%), SETB1 (46%). Variants of unknown significane in EZH2, TET2
    - CBC 10/1/20: WBC 38.1, Hgb 13.3, platelets 343,000, monocytes 6700
    - CBC 12/17/20: WBC 21.3, Hgb 11.9, platelets 273, monocytes 5500, 2% metamyelocytes, 2& myelocytes

**Past Medical/Surgical History**

1. Diabetes mellitus
2. HTN
3. Breast reduction 2016
4. Knee replacement x 2
5. Thyroidectomy January 2020 (partial) for a thyroid nodule
6. Dyslipidemia
7. Ectopic pregnancy

**Social History**
Active smoker, 2-5 cigarettes weekly
Widower (husband died of lymphoma 23 years ago)
Lives alone, but daughter and son will be moving in with her
Hemp farmer and sells CBD products

**Family History**
Positive for diabetes and vascular disease
2 siblings, 1 brother and 1 sister

ROS
Has chronic pain secondary to osteoarthritis, mild fatigue

**Vitals:**

|        | 02/22/21 1248 |
|--------|---------------|
| BP:    | (!) **143/92** |
| Pulse: | 93            |
| Temp:  | 36.1 °C       |

**Physical Exam**
Well-appearing
No obvious splenomegaly but somewhat difficult exam

**Diagnostics**
Hgb 11.7, WBC 21.4, platelets 244

**IMPRESSION**

1. CMML-0, high risk by virtue of her mutational profile and high WBC count.

**PLAN**

1. She is clinically stable but has high risk disease. I am also concerned that her Hgb has fallen. I suggested that we move forward with HLA typing and potentially to allogeneic SCT and she agrees. I will see her back once we have the typing data and have secured a donor.

Walgreens  Page: 4

Report date/time: 01/27/2021 03:13 PM

Confidential Patient Information
Prescription Profile
01/01/2020 through 12/30/2020

Patient Info: KATHLEEN N. KENDRICK
7009 S BEAVERTAIL LN
TUCSON, AZ 85756-5169

Store Info: 7111 E GOLF LINKS RD
TUCSON, AZ 85730
(520)790-7734

Patient Phone: (928)323-4741
Date of Birth: 06/07/1958
Gender: F

| Prescription Number | Medication | NDC | RPh | Prescriber | Ins. Plan(s) Claim Ref#(s) | Date of Service | Quantity | Price |
|---|---|---|---|---|---|---|---|---|
| 4427551-10879 | DIAZEPAM 5MG TABLETS Your insurance saved you $11.95 | 00172-3926-60 | SFW | FRANCISCO, H. | CIGNAMPD/ ODEETRT | 01/15/20 | 1.000 | 0.04 |
| | | | | | Total Fillings: 1 | Subtotal: | 1.000 | 0.04 |
| 4431822-10879 | METFORMIN ER 1000MG MODIFIED TABS Your insurance saved you $3609.7 | 68180-0339-09 | SFW | KAUR, S. | CIGNAMPD/ ODQA37R | 01/24/20 | 30.000 | 1.30 |
| | | | | | Total Fillings: 1 | Subtotal: | 30.000 | 1.30 |
| 4432731-10879 | HUMALOG 100 U/ML KWIK PEN INJ 3ML Your insurance saved you $1376.6 | 00002-8799-59 | LAH | TATE, S. | CIGNAMPD/ 7F9WWTK | 01/25/20 | 30.000 | 3.90 |
| | | | | | Total Fillings: 1 | Subtotal: | 30.000 | 3.90 |
| 4432732-10879 | LANTUS SOLOSTAR PEN INJ 3ML Your insurance saved you $935.69 | 00088-2219-05 | LAH | TATE, S. | CIGNAMPD/ ODQLHWF | 01/25/20 | 30.000 | 3.90 |
| | | | | | Total Fillings: 1 | Subtotal: | 30.000 | 3.90 |

Walgreens                                                                                                    Page: 5
                                                                                          Report date/time: 01/27/2021 03:13 PM

                                    Confidential Patient Information
                                         Prescription Profile
                                    01/01/2020 through 12/30/2020

Patient Info:        KATHLEEN N. KENDRICK                              Store Info: 7111 E GOLF LINKS RD
                     7009 S BEAVERTAIL LN                                          TUCSON, AZ 85730
                     TUCSON, AZ 85756-5169                                         (520)790-7734

Patient Phone:       (928)323-4741
Date of Birth:       06/07/1958
Gender:              F

| Prescription Number | Medication | NDC | RPh | Prescriber | Ins. Plan(s) Claim Ref#(s) | Date of Service | Quantity | Price |
|---|---|---|---|---|---|---|---|---|
| 4434652-10879 | OMEPRAZOLE 20MG CAPSULES Your insurance saved you $190.59 | 59651-0002-05 | CEC | INSEL, M. | CIGNAMPD/ OD1CWCC | 01/29/20 | 90.000 | 1.30 |
| | | | | | Total Fillings: 1 | Subtotal: | 90.000 | 1.30 |
| 4436644-10879 | OXYCODONE 30MG IMMEDIATE REL TABS Your insurance saved you $194.69 | 00406-8530-01 | CEC | SEIDEL, D. | CIGNAMPD/ UKAFAP9 | 02/03/20 | 120.000 | 1.30 |
| | | | | | Total Fillings: 1 | Subtotal: | 120.000 | 1.30 |
| 4436646-10879 | OXYCONTIN 30MG CR TABLETS Your insurance saved you $867.09 | 59011-0430-10 | CEC | SEIDEL, D. | CIGNAMPD/ WXWCFCD | 02/03/20 | 60.000 | 3.90 |
| | | | | | Total Fillings: 1 | Subtotal: | 60.000 | 3.90 |
| 4438385-10879 | METFORMIN ER 500MG 24HR TABS Your insurance saved you $76.59 | 62756-0142-02 | CEC | FRANCISCO, H. | CIGNAMPD/ 03Q3CXC | 02/06/20 | 180.000 | 1.30 |
| | | | | | Total Fillings: 1 | Subtotal: | 180.000 | 1.30 |

Confidential Patient Information
Prescription Profile
01/01/2020 through 12/30/2020

| Patient Info: | KATHLEEN N. KENDRICK |
| | 7009 S BEAVERTAIL LN |
| | TUCSON, AZ 85756-5169 |

Store Info: 7111 E GOLF LINKS RD
TUCSON, AZ 85730
(520)790-7734

Patient Phone: (928)323-4741
Date of Birth: 06/07/1958
Gender: F

| Prescription Number | Medication | NDC | RPh | Prescriber | Ins. Plan(s) Claim Ref#(s) | Date of Service | Quantity | Price |
|---|---|---|---|---|---|---|---|---|
| 4440863-10879 | CIPRODEX OTIC SUSPENSION (EAR) | 00065-8533-02 | SFW | FRANCISCO, H. | CIGNAMPD/ 23HLPTH | 02/11/20 | 7.500 | 3.90 |
| | Your insurance saved you $333.09 | | | | | | | |
| | | | | | | Total Fillings: 1 | Subtotal: 7.500 | 3.90 |
| 4444562-10879 | B-D PEN NDL SHRT 31GX8MM(5/16) BLU | 08290-3201-09 | CEC | FRANCISCO, H. | CIGNAMPD/ 07NPEF3 | 02/19/20 | 100.000 | 3.90 |
| | Your insurance saved you $52.09 | | | | | | | |
| 4444562-10879 | B-D PEN NDL SHRT 31GX8MM(5/16) BLU | 08290-3201-09 | LAH | FRANCISCO, H. | CIGNAMPD/ F7QFTAA | 03/18/20 | 100.000 | 3.90 |
| | Your insurance saved you $52.09 | | | | | | | |
| 4444562-10879 | B-D PEN NDL SHRT 31GX8MM(5/16) BLU | 08290-3201-09 | CEC | FRANCISCO, H. | CIGNAMPD/ 2DND1DN | 04/20/20 | 100.000 | 3.90 |
| | Your insurance saved you $52.09 | | | | | | | |
| | | | | | | Total Fillings: 3 | Subtotal: 300.000 | 11.70 |
| 4444616-10879 | METFORMIN ER 1000MG OSMOTIC TABS | 29033-0032-06 | CEC | FRANCISCO, H. | CIGNAMPD/ Y93MHRP | 03/03/20 | 90.000 | 1.30 |
| | Your insurance saved you $1420.8 | | | | | | | |
| | | | | | | Total Fillings: 1 | Subtotal: 90.000 | 1.30 |